IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Calvin C. Riley, | Case No. 07-07427 |
| Debtor(s). | Honorable Bruce W. Black |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT UNDER PARAGRAPH (B)(2)(b) OF PLAN

NOW COMES Bayview Loan Servicing, LLC (hereinafter "Bayview"), by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount Under Paragraph (B)(2)(b), states as follows:

1. On or about May 7, 2007, Bayview filed its Proof of Claim as Claim Number 1 for a sum of $8,344.02 in pre-petition arrears.

2. The Debtor's Modified Chapter 13 Plan filed on July 26, 2007 and confirmed on August 30, 2007 set-forth a pre-petition arrearage amount owed to Bayview $8,344.02.

3. Bayview's pre-petition arrears of $8,344.02 were paid by the Chapter 13 Trustee in full.

4. The Debtor's post-petition payments to Bayview were to be paid by the Debtor directly "outside" of the plan.

5. The Debtor is currently due for the 2006 real estate taxes in the amount of $811.39 paid by Bayview. In addition, the Debtor is due for prior foreclosure fee and costs in the amount of $1,003.34 owed to Bayview that were not included in the pre-petition arrearage.

-2-

WHEREFORE, Bayview Loan Servicing, LLC prays that the Court declare that the post-petition payments are not current at this time.

BAYVIEW LOAN SERVICING, LLC,

By: _____
One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719